UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.                                                    Case No. 26-cr-94-BHL-SCD-2

JEANETTE LOPEZ,

                    Defendant.

## MOTION FOR DETENTION HEARING

COMES NOW, the defendant, Jeanette Lopez, by her attorney, Jacob A. Manian of Fox, O'Neill & Shannon, S.C., who hereby moves the Court, pursuant to 18 U.S.C. § 3142(f), for a detention hearing. The defendant states as follows in support of her motion:

1.      Ms. Lopez appeared before the Court on April 27, 2026 for a scheduled detention hearing.

2.      At that time, Ms. Lopez rested on the presumption of detention and the court preserved her right to have a detention hearing in the future.

3.      Ms. Lopez is now requesting to have her detention hearing.

WHEREFORE, based on the aforementioned, the defendant requests that the Court schedule a detention hearing at a date and time to be determined by the Court.

Dated at Milwaukee, Wisconsin this 1st day of June, 2026.

                              Respectfully submitted,

                              FOX, O'NEILL & SHANNON, S.C.
                              Attorneys for Defendant, Jeanette Lopez

                                   /s/ Electronically signed by Jacob A. Manian
                              By:_____

JACOB A. MANIAN
State Bar No. 1064360

P.O. Address:
622 N. Water Street, Suite 500
Milwaukee, WI 53202
Phone: (414) 273-3939
Email: jamanian@foslaw.com