# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **BOND HEARING** |
| v. | CASE NUMBER 26-cr-00094 |
| **JEANETTE LOPEZ** | |

---

HONORABLE NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk: Evan R.      Hearing Began: <u>3:16 pm</u>
Hearing Held: 6/5/2026 at 3:15 PM      Hearing Ended: <u>3:25 pm</u>

**Appearances:**
UNITED STATES OF AMERICA by: Julie F Stewart, Katherine M Halopka-Ivery
JEANETTE LOPEZ, in person, and by: Jacob A Manian      ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Mai Lor
INTERPRETER: ☑ None ☐ Sworn

---

☑      Defendant is released on: ☑ *See* Order Setting Conditions of Release

---

BOND

GOVERNMENT does not oppose Defendant's release on conditions.
Government requests GPS home detention location monitoring.

DEFENSE proffers conditions of release.
Defendant has strong ties to the community.
Defendant will reside with her mother in a stable residence.
Defendant has respiratory related health issues that went undertreated in custody.
Defendant will seek and achieve new employment.